

**Cornell University**

Office of General Counsel

118 Sage Place
Ithaca, NY 14850
t. 607-255-5124

**VIA ECF**

June 12, 2025

U.S. Magistrate Judge Miroslav Lovric
United States District Court
Northern District of New York
100 S. Clinton St.
Syracuse, NY 13261

> Re: <u>Hannah Parker v. Cornell University</u>
> United States District Court, Northern District of New York
> Civil Case No.: 3:24-cv-984 (GTS/ML)

Dear Magistrate Judge Lovric:

In lieu of the status reports ordered to be filed by June 13, 2025 in Your Honor's Text Order issued May 30, 2025 (Dkt. No. 35), the parties jointly submit the attached Stipulated Confidentiality Agreement and Protective Order signed by counsel and the plaintiff for Your Honor's review. If there are any questions about the content of the document, counsel for both parties will make ourselves available to answer them.

If the terms of the Stipulated Confidentiality Agreement and Protective Order meet with Your Honor's approval, please so ordered it and the parties will move forward with discovery accordingly.

Thank you for your consideration of this matter.

Respectfully,

*Valerie Cross Dorn*

Valerie Cross Dorn (Bar Roll 505158)
Attorney for Cornell University

Attachment
Cc: (via ECF) Max C. Bracero, Esq.